**Order entered February 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01390-CV

**BRIAN ANTHONY BERARD, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10998**

## ORDER

The Court **ORDERS** Sheretta Martin, official court reporter of the 162nd Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellant has not been found indigent and has not requested or paid for the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sheretta Martin, official court reporter, 162nd Judicial District Court, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE